IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 4:06CR40-RH/AK

HENRY SUTTON,

    Defendant.
_____/

**O R D E R**

This cause is before the Court on Defendant's amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Doc. 106. Because the amended motion replaces the original motion in its entirety, *see* Doc. 105 (advising instant Defendant of effect of amended motion to vacate on original motion), it is now the only motion pending before the Court. The Court has reviewed the amended motion, and pursuant to the Rules Governing § 2255 Proceedings, the Government will now be required to file an answer or other appropriate response. If appropriate, the Government shall include the initial brief or other briefs from the direct appeal and may rely on the statement of facts presented there. Defendant may respond to the Government's arguments within the time set by this order, but he is not required to do so.

Upon receipt of the Government's arguments and Defendant's response, if any, the Court will review the file to determine whether an evidentiary hearing is required. If an evidentiary

hearing is not required, the Court will dispose of the motion as justice requires pursuant to § 2255 Rule 8(a).

Accordingly, it is **ORDERED**:

1. The Clerk shall terminate the motion to vacate, Doc. 104;

2. The Clerk shall furnish by certified mail, return receipt requested, a copy of this order and the amended motion to vacate to the United States Attorney for this district, who shall file an answer or other appropriate pleading by **December 7, 2009**;

3. If review of the PSR is necessary, the Probation Office shall allow counsel for the Government to review the PSR upon request;

4. Defendant shall have until **January 7, 2010**, to file a response, if desired.

**DONE AND ORDERED** this __5th__ day of October, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**